IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MELISSA DIAZ**                                                                PLAINTIFF

v.                              No. 3:15-cv-303-DPM

**CAROLYN W. COLVIN, Acting Commissioner**
**Social Security Administration**                                   DEFENDANT

ORDER

Unopposed recommendation, № 14, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Diaz's complaint will be dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 May 2016