# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MELISSA DIAZ**                                          **PLAINTIFF**

v.                              **No. 3:15-cv-303-DPM**

**CAROLYN W. COLVIN, Acting Commissioner**
**Social Security Administration**                         **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 May 2016